**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PHILLIP J. ROSENBLUM, | No. 09-17555 |
| Plaintiff - Appellant, | D.C. No. 2:06-cv-00764-GEB-DAD |
| v. | |
| MULE CREEK STATE PRISON MEDICAL OFFICIALS; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted April 5, 2011[**]

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Phillip J. Rosenblum, a California state prisoner, appeals pro se from the

district court's judgment dismissing for failure to exhaust administrative remedies

under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), his 42 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1983 action.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations.  *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003).  We affirm.

The district court properly dismissed Rosenblum's action because he failed to exhaust administrative remedies or demonstrate that he was excused from doing so.  *See Woodford v. Ngo*, 548 U.S. 81, 85, 93-95 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Rosenblum's remaining contentions are unpersuasive.

**AFFIRMED.**

09-17555